KEB

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Edgar Alberto Varela Alvarado,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-00673-PHX-MTL (CDB)

**ORDER**

On February 3, 2026, Petitioner, through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1).  In a February 2, 2026 Order, the Court ordered Respondents to answer the Petition.  (Doc. 3.)  The Petition is now fully briefed. (Docs. 4, 5.)  On May 18, 2026, Petitioner filed an Amended Petition (Doc. 6).

Under Rule 15(a)(1) of the Federal Rules of Civil Procedure, "[a] party may amend its pleading once as a matter of course no later than: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier."  Fed. R. Civ. P. 15(a)(1).  "In all other cases, a party may amend his pleading only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  Further, Local Rule of Civil Procedure 15.1(a) requires a party moving to amend a pleading to file a copy of the amended pleading and indicate in what respect it differs from the pleading it amends.

The Court notes that Petitioner filed his Amended Petition nearly three months after the original Petition was fully briefed, without written consent from the opposing party or leave from the Court, in violation of Federal Rule of Civil Procedure 15(a)(2).  Petitioner also failed to submit a copy of the proposed Amended Petition, indicating in what respect it differed from his original Petition, in violation of Local Rule of Civil Procedure 15.1(a).  Therefore, the Court, in its discretion, will dismiss Petitioner's Amended Petition.

**IT IS ORDERED** that the Amended Petition (Doc. 6) is **dismissed without prejudice** for failure to comply with Federal Rule of Civil Procedure 15(a)(2) and Local Rule of Civil Procedure 15.1(a).

Dated this 21st day of May, 2026.

Michael T. Liburdi
United States District Judge

- 2 -